2018R00177/VSL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. |
| | : | |
| DAVID BERKOWITZ | : | 26 U.S.C. § 7203 |

## I N F O R M A T I O N

The United States Attorney for the District of New Jersey charges:

1.  At all times relevant to this Information:

    a.  Defendant DAVID BERKOWITZ ("BERKOWITZ") was a resident of Woodcliff Lake, New Jersey. BERKOWITZ owned and received income from cryptocurrency exchange kiosks and a business that buys and sells various point of sale equipment and other electronic products.

    b.  The Internal Revenue Service ("IRS") required taxpayers to file individual income tax returns when a taxpayer's gross income for any calendar year exceeded the sum of the personal exemption and standard deduction available to the taxpayer based on his or her filing status for that tax year.

    c.  For calendar year 2018, BERKOWITZ was required to file an individual income tax return with the IRS because his gross income exceeded the threshold described in paragraph 1(b) above.

2.  On or about October 15, 2019, in Bergen County, in the District of New Jersey and elsewhere, the defendant,

**DAVID BERKOWITZ**,

knowing and believing the foregoing facts and being required to make a tax return for the tax year 2018, did knowingly and willfully fail to make an income tax return to the IRS for the tax year 2018.

In violation of Title 26, United States Code, Section 7203.

*Philip R. Sellinger*
PHILIP R. SELLINGER
United States Attorney