**WALDEN MACHT & HARAN** LLP

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

July 11, 2024

<u>Via ECF</u>

The Honorable Elizabeth Pascal
United States District Court
District of New Jersey
4th & Cooper Streets
Camden, NJ 08101

Re:   *United States v. Berkowitz*, No. 23-mj-07076-EAP

Dear Judge Pascal:

We represent Defendant David Berkowitz in the above-referenced matter. At yesterday's sentencing hearing, we neglected to seek the Court's permission and authorization for Mr. Berkowitz to go on a previously scheduled out-of-district trip to visit his children at summer camp in Lake George, New York from July 12, 2024 to July 14, 2024. We understand Mr. Berkowitz's probation officer takes no position as to the request and that the Government takes no position as to the request.

Thank you for your consideration of this request.

Sincerely,

*/s/ Jennifer Berger*

Gordon Mehler
Jennifer Berger
*Attorneys for David Berkowitz*

cc:   Vinay Limbachia
      Probation Officer Afonso Fernandes