PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: David Berkowitz          Cr.: 23-07076M-001
                                                               PACTS #: 8553491

Name of Sentencing Judicial Officer:     THE HONORABLE ELIZABETH A. PASCAL
                                         UNITED STATES MAGISTRATE JUDGE

Date of Original Sentence: 07/10/2024

Original Offense:     Count One: Failure to File Tax Return, 26 U.S.C. Sec. 7203, a Class A Misdemeanor

Original Sentence: 2 years probation

Special Conditions: Financial Disclosure, Cooperate with IRS, $10,000 Fine, 8 Month Location
Monitoring Program, No New Debt/Credit

Type of Supervision: Probation                    Date Supervision Commenced: 07/10/2024

### INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel on a cruise from August 17, 2025, until August 23, 2025. He will be traveling with his wife, kids, and parents from New York, Massachusetts, Maine and stops in Canada. Mr. Berkowitz has provided his itinerary to the U.S. Probation Office.

U.S. Probation Officer Action:

Our office recommends travel request be approved. David Berkowitz reports as instructed and submits monthly supervision reports. He has maintained stable residence and is employed with IDT International Corporation in Newark.  His home detention condition has been satisfied, and he has complied with the other standard and special conditions of Probation. His special assessment and fines are paid in full. As such, he is in full compliance with the conditions of Probation.

Prob 12A – page 2
David Berkowitz

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

_____    07/25/2025
KEVIN P. EGLI                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Travel Approved (as recommended by the Probation Office)

☐ Travel Denied

☐ Travel Approved and all future travel requests be at the discretion of the Probation Office

☐ Other

_____
Signature of Judicial Officer

_____
7/28/2025
Date